DARREN S. TESHIMA (SBN 238875)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-6000
Email: dteshima@cov.com

*Attorneys for Defendant Novo Nordisk Inc.*

*[Additional Counsel Listed on Next Page]*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BOYER,<br><br>       Plaintiff,<br><br>       v.<br><br>NOVO NORDISK INC.,<br><br>       Defendant. | Case No.: 2:24-CV-01866-DJC-AC<br><br>Hon. Daniel J. Calabretta<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

*Additional Counsel for Defendant Novo Nordisk Inc.*

ALI MOJIBI (SBN 265332 (*E.D. Cal. Admission forthcoming*))
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: (424) 332-4803
Email: amojibi@cov.com

EVAN PARNESS (*pro hac vice forthcoming*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1273
Email: eparness@cov.com

*Attorneys for Defendant Novo Nordisk Inc.*

Pursuant to Local Rule 144(a), Defendant Novo Nordisk Inc. ("Defendant") and Plaintiff Thomas Boyer ("Plaintiff") (collectively, the "Parties") hereby jointly stipulate and agree to an extension of time for Defendant to respond to Plaintiff's Complaint (Docket #1 Ex. 1).  In support, the Parties state as follows:

1. Plaintiff filed a Complaint in the Superior Court of the State of California for the County of El Dorado, Cameron Park Branch on April 23, 2024 (Docket #1 Ex. 1).

2. Plaintiff served Defendant with the Summons, Complaint, and Case Assignment Notice on June 7, 2024 (Docket #1 Exs. 2–4).

3. Defendant removed the case to the United States District Court for the Eastern District of California on July 5, 2024 (Docket #1).

4. Defendant's response to the Complaint is currently due on July 12, 2024.

5. Counsel have stipulated and agreed to an extension of the deadline for Defendant to respond to the Complaint to August 8, 2024.

6. There is good cause for this extension as follows:

    a. Defendant's counsel was not engaged on this matter until July 1, 2024.

    b. Plaintiff's Complaint contains 239 paragraphs, with allegations dating back to early 2020.

    c. Local Rule 144(a) permits the Parties to enter into an "initial stipulation extending time for no more than twenty-eight (28) days to respond to a complaint."

    d. Plaintiff's counsel consents to Defendant's counsel's request for an extension of 27 days to have adequate time to review the allegations and prepare a response to the Complaint.

7. This is the first stipulation for an extension of time between the Parties.

8. For the foregoing reasons, the Parties respectfully request that the Court enter an order extending Defendant's deadline to respond to the Complaint to August 8, 2024.

WHEREFORE, for good cause shown, the Parties respectfully request the Court extend Defendant's deadline to respond to the Complaint as set forth herein and in the attached proposed Order.

| | |
|---|---|
| DATED:  July 10, 2024 | Respectfully submitted, |
| | */s/ Darren S. Teshima* |
| | DARREN S. TESHIMA (SBN 238875)<br>COVINGTON & BURLING LLP<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105-2533<br>Telephone: (415) 591-6000<br>Email: dteshima@cov.com |
| | ALI MOJIBI (SBN 265332 (*E.D. Cal. Admission forthcoming*))<br>COVINGTON & BURLING LLP<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067-4643<br>Telephone: (424) 332-4803<br>Email: amojibi@cov.com |
| | EVAN PARNESS (*pro hac vice forthcoming*)<br>COVINGTON & BURLING LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Telephone: (212) 841-1273<br>Email: eparness@cov.com |
| | *Attorneys for Defendant Novo Nordisk Inc.* |
| | */s/ Siobhan Klassen* (as authorized on July 10, 2024) |
| | Siobhan Klassen, Esq. (SBN 326929)<br>GODDARD LAW PLLC<br>39 Broadway, Suite 1540<br>New York, New York 10006<br>Telephone: (646) 964-1178<br>Email: siobhan@goddardlawnyc.com |
| | *Attorney for Plaintiff Thomas Boyer* |

**ORDER**

Upon consideration of the Parties' Joint Stipulation to Extend Time to Respond to Complaint and all other matters of record, it is ORDERED that the Joint Stipulation be and hereby is GRANTED. It is further ORDERED that Defendant Novo Nordisk Inc. shall respond to the Complaint on or before August 8, 2024.

IT IS SO ORDERED.

Dated: July 10, 2024                                    /s/ Daniel J. Calabretta
                                                       THE HONORABLE DANIEL J. CALABRETTA
                                                       UNITED STATES DISTRICT JUDGE