

United States District Court
Eastern District of California

| THOMAS BOYER | | Case Number: | 2:24-CV-01866-DJC-AC |

Plaintiff(s)

V.

| NOVO NORDISK INC. |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Evan Parness hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant Novo Nordisk Inc.

On 02/28/2008 (date), I was admitted to practice and presently in good standing in the New York Supreme Court, Appellate Division (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/10/2024        Signature of Applicant: /s/ Evan Parness

**Pro Hac Vice Attorney**

Applicant's Name: Evan Parness

Law Firm Name: COVINGTON & BURLING LLP

Address: The New York Times Building

620 Eighth Avenue

City: New York   State: NY   Zip: 10018-1405

Phone Number w/Area Code: (212) 841-1273

City and State of Residence: Roslyn Heights, NY

Primary E-mail Address: eparness@cov.com

Secondary E-mail Address: docketing@cov.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Ali Mojibi

Law Firm Name: COVINGTON & BURLING LLP

Address: 1999 Avenue of the Stars

City: Los Angeles   State: CA   Zip: 90067-4643

Phone Number w/Area Code: (424) 332-4803   Bar #: 265332

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 12, 2024

/s/ Daniel J. Calabretta
JUDGE, U.S. DISTRICT COURT