

# United States District Court
# Eastern District of California

| THOMAS BOYER | Case Number: | 2:24-CV-01866-DJC-AC |

Plaintiff(s)

V.

| NOVO NORDISK INC. |

APPLICATION FOR PRO HAC VICE AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Lelia A. Ledain** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant Novo Nordisk Inc.

On **06/14/2017** (date), I was admitted to practice and presently in good standing in the **New York Supreme Court, Appellate Division** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **08/13/2024**          Signature of Applicant: /s/ **Lelia A. Ledain**

---

U.S. District Court – Pro Hac Vice Application and Proposed Order          Page 1
Revised July 6, 2021

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Lelia A. Ledain |
| Law Firm Name: | COVINGTON & BURLING LLP |
| Address: | The New York Times Building |
| | 620 Eighth Avenue |
| City: | New York    State: NY    Zip: 10018-1405 |
| Phone Number w/Area Code: | (212) 841-1273 |
| City and State of Residence: | New York, New York |
| Primary E-mail Address: | lledain@cov.com |
| Secondary E-mail Address: | docketing@cov.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Ali Mojibi |
| Law Firm Name: | COVINGTON & BURLING LLP |
| Address: | 1999 Avenue of the Stars |
| City: | Los Angeles    State: CA    Zip: 90067-4643 |
| Phone Number w/Area Code: | (424) 332-4803    Bar #: 265332 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 20, 2024

*Daniel J. Calabretta*
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE