

United States District Court
Eastern District of California

| THOMAS BOYER | Case Number: 2:24-CV-01866-DJC-AC |

Plaintiff(s)

V.

| NOVO NORDISK INC. | APPLICATION FOR PRO HAC VICE AND ORDER |

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Abigail Rickeman hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Defendant Novo Nordisk Inc.

On 12/01/2022 (date), I was admitted to practice and presently in good standing in the District of Columbia Court of Appeals (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/13/2024    Signature of Applicant: /s/ Abigail Rickeman

**Pro Hac Vice Attorney**

Applicant's Name: Abigail Rickeman
Law Firm Name: COVINGTON & BURLING LLP
Address: 850 10th Street NW

City: Washington   State: DC   Zip: 20001
Phone Number w/Area Code: (202) 662-6000
City and State of Residence: Washington, DC
Primary E-mail Address: arickeman@cov.com
Secondary E-mail Address: docketing@cov.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Ali Mojibi
Law Firm Name: COVINGTON & BURLING LLP
Address: 1999 Avenue of the Stars

City: Los Angeles   State: CA   Zip: 90067-4643
Phone Number w/Area Code: (424) 332-4803   Bar #: 265332

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 20, 2024

*Daniel J. Calabretta*
HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Abigail Murphy Rickeman*

*was duly qualified and admitted on December 1, 2022 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

***In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on August 13, 2024.***

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*