Siobhan Klassen, Esq.
GODDARD LAW PLLC
New York, New York, 10006
Tel: (646) 964-1178
Fax: (212) 208-2914
CA State Bar # 326929
siobhan@goddardlawnyc.com

*Attorneys for Plaintiff* Thomas Boyer

**UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS BOYER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NOVO NORDISK INC.,<br><br>　　　　Defendant. | Case No.: 2:24-CV-01866-DJC-AC<br><br>Hon. Daniel J. Calabretta<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO FILE THE JOINT MID-DISCOVERY STATEMENT** |

Pursuant to Local Rule 144(a) and Your Honor's Standing Order (Dkt. 2-1), Plaintiff Thomas Boyer ("Plaintiff") and Defendant Novo Nordisk Inc. ("Defendant") (collectively, the "Parties") hereby jointly stipulate and agree to briefly extend the time for the parties to submit their Joint Mid-Discovery Statement (the "Statement"), from October 11, 2024, to October 18, 2024. On September 13, 2024, the Parties exchanged Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1). However, Defendant has raised some issues regarding Plaintiff's disclosures, and as the undersigned counsel for Plaintiff is out of the office until October 14, 2024, counsel for Defendant does not oppose Plaintiff's request for an extension to give the Parties an opportunity to meet and confer before submitting their Statement. This is the first request for an extension of time to submit the Statement between the Parties.

WHEREFORE, for good cause shown, the Parties respectfully request the Court extend the Parties' deadline to submit the Joint Mid-Discovery Statement as set forth herein and in the attached proposed Order.

DATED:  October 10, 2024

Respectfully submitted,

/s/Siobhan Klassen, Esq.

SIOBHAN KLASSEN, ESQ. (SBN 326929)
GODDARD LAW PLLC
39 Broadway, Suite 1540
New York, New York 10006
Office: 646-964-1178
Fax: 212-208-2914
Email: Siobhan@goddardlawnyc.com

*Attorneys for Plaintiff*

/s/Ali Mojibi, Esq.
ALI MOJIBI (SBN 265332)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: (424) 332-4803

Email: amojibi@cov.com
DARREN S. TESHIMA (SBN 238875)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-6000
Email: dteshima@cov.com

EVAN PARNESS (admitted *pro hac vice*)
LELIA LEDAINE (*admitted pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1273
Email: eparness@cov.com
Email: lledain@cov.com

*Attorneys for Defendant Novo Nordisk Inc.*

JOINT STIPULATION AND ORDER TO EXTEND TIME TO
SUBMIT JOINT MID-DISCOVERY STATEMENT

# ORDER

Upon consideration of the Parties' Joint Stipulation to Extend Time to Submit the Joint Mid-Discovery Statement and all other matters of record, it is this 10th day of October 2024, ORDERED, that the Joint Stipulation be and hereby is GRANTED and it is further ORDERED that the Parties shall submit their Joint Mid-Discovery Statement on or before October 18, 2024.

IT IS SO ORDERED.

Dated:  October 10, 2024           /s/ Daniel J. Calabretta
                                   THE HONORABLE DANIEL J. CALABRETTA
                                   UNITED STATES DISTRICT JUDGE