Siobhan Klassen, Esq.
GODDARD LAW PLLC
New York, New York, 10006
Tel: (646) 964-1178
Fax: (212) 208-2914
CA State Bar # 326929
siobhan@goddardlawnyc.com

*Attorneys for Plaintiff* Thomas Boyer

**UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS BOYER, | Case No.: 2:24-CV-01866-DJC-AC |
| Plaintiff, | Hon. Daniel J. Calabretta |
| vs. | **JOINT STIPULATION AND ORDER PERMITTING PLAINTIFF TO AMEND COMPLAINT** |
| NOVO NORDISK INC., | |
| Defendant. | |

Pursuant to Local Rule 143, Plaintiff Thomas Boyer ("Plaintiff") and Defendant Novo Nordisk Inc. ("Defendant") (collectively, the "Parties") hereby jointly stipulate and agree to allow Plaintiff to file an Amended Complaint. This is the first request to amend the pleadings. Pursuant to Fed. R. Civ. P. 15(a)(2), a party should be permitted to file an amended pleading "with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Defendant has asserted that portions of Plaintiff's Complaint purport to waive attorney-client privilege, which Novo Nordisk has not waived, and, although Plaintiff does not concede any portion of his Complaint is privileged, Plaintiff has agreed to amend the Complaint to revise the disputed language.

WHEREFORE, Plaintiff may file the Amended Complaint on or before November 8, 2024.

WHEREFORE, Defendant may file an Answer to Plaintiff's Amended Complaint on or before December 6, 2024.

WHEREFORE, this stipulation does not affect any other pending deadlines.

WHEREFORE, for good cause shown, the Parties respectfully request the Court permit Plaintiff to file the Amended Complaint on or before November 8, 2024 and in the attached proposed Order.

DATED:  October 31, 2024

    Respectfully submitted,

    /s/Siobhan Klassen, Esq.

    SIOBHAN KLASSEN, ESQ. (SBN 326929)
    GODDARD LAW PLLC
    39 Broadway, Suite 1540
    New York, New York 10006
    Office: 646-964-1178
    Fax: 212-208-2914
    Email: Siobhan@goddardlawnyc.com

    *Attorneys for Plaintiff*

|   |   |
|---|---|
| 1 | /s/Ali Mojibi (as authorized on October 31, 2024) |
| 2 | ALI MOJIBI (SBN 265332) |
| 3 | COVINGTON & BURLING LLP |
|   | 1999 Avenue of the Stars |
| 4 | Los Angeles, CA 90067-4643 |
|   | Telephone: (424) 332-4803 |
| 5 | Email: amojibi@cov.com |

EVAN PARNESS (admitted *pro hac vice*)
LELIA LEDAIN (admitted *pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
Email: eparness@cov.com
Email: lledain@cov.com

*Attorneys for Defendant Novo Nordisk Inc.*

JOINT STIPULATION AND ORDER PERMITTING PLAINTIFF TO AMEND COMPLAINT

# ORDER

Upon consideration of the Parties' Joint Stipulation to permit Plaintiff to Amend the Complaint and all other matters of record, it is ORDERED that the Joint Stipulation be and hereby is GRANTED and it is further ORDERED that Plaintiff shall file an Amended Complaint on or before November 8, 2024, and Defendants shall Answer on or before December 6, 2024.

IT IS SO ORDERED.

Dated: November 1, 2024                            /s/ Daniel J. Calabretta
                                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                                    UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER PERMITTING PLAINTIFF TO AMEND COMPLAINT