ALI MOJIBI (SBN 265332)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: (424) 332-4803
Email: amojibi@cov.com

*Attorneys for Defendant Novo Nordisk Inc.*

*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BOYER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NOVO NORDISK INC.,<br><br>　　　　Defendant. | Case No.: 2:24-CV-01866-DJC-AC<br><br>Hon. Daniel J. Calabretta<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DISCOVERY** |

Pursuant to Local Rule 144 and the Court's Standing Order in Civil Cases (ECF No. 2-1), Defendant Novo Nordisk Inc. ("Novo Nordisk") and Plaintiff Thomas Boyer ("Plaintiff") (collectively, the "Parties") hereby jointly stipulate and agree to an extension of discovery to May 15, 2025 for the purpose of completing depositions.[1]  The Parties submit that there is good cause for this requested extension, and that the requested extension will not affect the timing for all remaining case schedule deadlines already set by this Court.  In support, the Parties state as follows:

1. Whereas the Court's Scheduling Order (ECF No. 16), issued on September 5, 2024, set the following case deadlines:

   a. Fact Discovery – February 28, 2025
   b. Expert Discovery – May 30, 2025
   c. Dispositive Motions – July 30, 2025
   d. Dispositive Motion Hearings – December 4, 2025
   e. Pretrial Conference – February 26, 2026
   f. Trial – April 20, 2026

2. Whereas Plaintiff filed an *Ex Parte* Request to Extend Discovery Deadlines on February 19, 2025 (Plaintiff's *Ex Parte* Request) (ECF No. 30) to request a 120-day extension of fact discovery as well as an extension of other case deadlines.

3. Whereas Plaintiff served ten deposition notices on February 19, 2025.

4. Whereas Novo Nordisk filed its Opposition to Plaintiff's *Ex Parte* Request on February 24, 2025 (ECF No. 32).

5. Whereas the Court granted in part and denied in part Plaintiff's *Ex Parte* Request on March 11, 2025 by granting a 45-day extension of the fact discovery deadline to April 14, 2025 and denying Plaintiff's request to extend all other case deadlines (ECF No. 36).

6. Whereas, on March 28, 2025, the Parties filed a Joint Stipulation and Proposed

---

[1] Subject to the Court's rules, this does not affect the Parties' ability to raise discovery disputes with the Court or any timely request for extension necessary to compel document production or information in conformation with a Court Order to Compel.

Order to Extend Fact Discovery to April 30, 2025 to complete nine full-day depositions and one-partial day deposition (ECF No. 37).

7. Whereas, on April 1, 2025, the Court granted the Joint Stipulation and Proposed Order to Extend Fact Discovery to April 30, 2025 to complete depositions (ECF No. 38).

8. Whereas the Parties have stipulated and agreed to an extension of the fact discovery deadline from April 30, 2025 to May 15, 2025 to reschedule depositions due to illnesses and other scheduling conflicts.

9. There is good cause for this extension as follows:

    a. A deponent fell sick, requiring the Parties to reschedule her deposition to May 15, 2025.

    b. The 30(b)(6) deponent has limited availability in April due to previous work, travel, and personal commitments, requiring the Parties to schedule her deposition to May 13, 2025.

    c. The Parties agree that this requested extension is for the purpose of completing outstanding depositions between April 30, 2025 and May 15, 2025.

    d. All other case schedule deadlines previously set by this Court will remain unchanged and in effect.

10. The Court previously approved the Parties' Joint Stipulation to Extend Time to Respond to the Complaint from July 12, 2024 to August 8, 2024 (ECF No. 5). As stated above, the Court also granted in part and denied in part Plaintiff's *Ex Parte* Request to Extend Discovery Deadlines (ECF No. 36) and granted the Joint Stipulation and Proposed Order to Extend Fact Discovery to April 30, 2025 (ECF No. 38). This is the Parties' second joint request for an extension of the discovery schedule.

WHEREFORE, for good cause shown, the Parties respectfully request the Court extend the fact discovery deadline to May 15, 2025 as set forth herein and in the attached proposed Order.

DATED: April 23, 2025

Respectfully submitted,

*/s/ Ali Mojibi*

ALI MOJIBI (SBN 265332)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: (424) 332-4803
Email: amojibi@cov.com

EVAN PARNESS (admitted *pro hac vice*)
LELIA A. LEDAIN (admitted *pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
Email: eparness@cov.com
   lledain@cov.com

ABIGAIL RICKEMAN (admitted *pro hac vice*)
COVINGTON & BURLING LLP
850 10th Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Email: arickeman@cov.com

*Attorneys for Defendant Novo Nordisk Inc.*

*/s/ Siobhan Klassen* (as authorized on April 18, 2025)

Siobhan Klassen, Esq. (SBN 326929)
GODDARD LAW PLLC
39 Broadway, Suite 1540
New York, New York 10006
Telephone: (646) 964-1178
Email: siobhan@goddardlawnyc.com

*Attorney for Plaintiff Thomas Boyer*

**ORDER**

Upon consideration of the Parties' Joint Stipulation to Extend Discovery and all other matters of record, it is ORDERED that the Joint Stipulation be and hereby is GRANTED. It is further ORDERED that the Parties shall complete fact discovery on or before May 15, 2025.

IT IS SO ORDERED.

Dated: April 23, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE