Siobhan Klassen, Esq.
GODDARD LAW PLLC
New York, New York, 10006
Tel: (646) 964-1178
Fax: (212) 208-2914
CA State Bar # 326929
siobhan@goddardlawnyc.com

Attorneys for Plaintiff Thomas Boyer

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BOYER,<br><br>  Plaintiff,<br><br>  v.<br><br>NOVO NORDISK INC.,<br><br>  Defendant. | Case No.:  2:24-cv-01866-DJC-AC<br><br>Hon. Daniel J. Calabretta<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION AND REPLY IN CONNECTION WITH DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

1

JOINT STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION AND REPLY IN
CONNECTION WITH DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

1  Pursuant to Local Rule 144 and Your Honor's Standing Order in Civil Cases, IV, Plaintiff
2  Thomas Boyer ("Plaintiff") and Defendant Novo Nordisk Inc. ("Defendant") (collectively, the
3  "Parties") hereby jointly stipulate and agree to a brief extension of time for the Parties to file their
4  Opposition and Reply briefs in connection with Defendant's Motion for Summary Judgment.

5  The Parties respectfully request that the deadlines be extended from September 29, 2025,
6  and October 29, 2025, to October 3, 2025, and November 6, 2025, respectively. Good cause
7  exists for this request due to the complexity of the issues in this case and unforeseen scheduling
8  conflicts of Plaintiff's counsel's office.

9  This is the first request for an extension of time to file the Opposition and Reply briefs.

10 WHEREFORE, for good cause shown, the Parties respectfully request that the Court
11 extend the deadlines for the Parties to file their Opposition and Reply briefs as set forth herein
12 and in the attached proposed Order.

13 DATED: September 19, 2025

Respectfully submitted,

*/s/ Siobhan Klassen*
SIOBHAN KLASSEN, ESQ. (SBN 326929)
GODDARD LAW PLLC
39 Broadway, Suite 1540
New York, New York 10006
Office: 646-964-1178 Fax: 212-208-2914
Email: Siobhan@goddardlawnyc.com

*Attorneys for Plaintiff*

/s/ Ali Mojibi, Esq.
ALI MOJIBI (SBN 265332)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: (424) 332-4803
Email: amojibi@cov.com

2
JOINT STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION AND REPLY IN
CONNECTION WITH DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

DARREN S. TESHIMA (SBN 238875)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-6000
Email: dteshima@cov.com

EVAN PARNESS (admitted pro hac vice)
LELIA LEDAINE (admitted pro hac vice)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1273
Email: eparness@cov.com
Email: lledain@cov.com

*Attorneys for Defendant Novo Nordisk Inc.*

JOINT STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION AND REPLY IN
CONNECTION WITH DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**ORDER**

Upon consideration of the Parties' Joint Stipulation to Extend Time to Submit their Opposition and Reply Brief in Connection with Defendant's Motion for Summary Judgment, and all other matters of record, it is this 19th day of September 2025, ORDERED, that the Joint Stipulation be and hereby is GRANTED and it is further ORDERED that Plaintiff shall file his Opposition brief by October 3, 2025, and Defendant shall file its Reply brief by November 6, 2025.

IT IS SO ORDERED.

Dated: September 19, 2025        /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE