Siobhan Klassen, Esq.
GODDARD LAW PLLC
New York, New York, 10006
Tel: (646) 964-1178
Fax: (212) 208-2914
CA State Bar # 326929
siobhan@goddardlawnyc.com

*Attorneys for Plaintiff* Thomas Boyer

**UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS BOYER, <br><br> Plaintiff, <br><br> vs. <br><br> NOVO NORDISK INC., <br><br> Defendant. | Case No.: 2:24-CV-01866-DJC-AC <br><br> Hon. Daniel J. Calabretta <br><br> **ORDER TO EXTEND TIME TO FILE OPPOSITION AND REPLY IN CONNECTION WITH DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND EXCEED PAGE LIMIT** |

Upon consideration of the Parties' Joint Stipulation to Extend Time to Submit their Opposition and Reply Brief in Connection with Defendant's Motion for Summary Judgment, and all other matters of record, it is ORDERED, that the Joint Stipulation (ECF No. 49) be and hereby is GRANTED. It is further ORDERED that Plaintiff shall file his Opposition brief by October 10, 2025, and Defendant shall file its Reply brief by November 13, 2025. It is further ORDERED that the parties are permitted to exceed the page limit of their respective briefs by five pages.

IT IS SO ORDERED.

Dated: October 1, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE